UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
FEBRUARY 5, 2019 SESSION



FILED
FEB - 6 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:19-00044
8 U.S.C. § 1326(a)

**MANUEL ORTIZ-SANCHEZ**

### I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about March 31, 2015, defendant MANUEL ORTIZ-SANCHEZ, an alien, was found at or near Douglas, Arizona, and was subsequently removed from the United States to Mexico on or about April 1, 2015.

2. On or about April 12, 2015, defendant MANUEL ORTIZ-SANCHEZ, an alien, was found at or near Nogales, Arizona, and was subsequently removed from the United States to Mexico on or about June 11, 2015.

3. On or about January 16, 2019, at or near Chelyan, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant MANUEL ORTIZ-SANCHEZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express

consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S. Goes*
ERIK S. GOES
Assistant United States Attorney