```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:19-00044

MANUEL ORTIZ-SANCHEZ

O R D E R

    Pending before this court is the defendant's motion to expedite the sentencing hearing in this matter. For good cause shown and there being no objection by the government, the motion is GRANTED and the sentencing hearing will be held on May 21, 2019, at 12:30 p.m., in Charleston.

    The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this Court.

    IT IS SO ORDERED this 10th day of May, 2019.

                        ENTER:

                        David A. Faber
                        Senior United States District Judge