# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/21/2019                                                              Case Number 2:19-cr-00044
Case Style: USA vs. Manuel Ortiz-Sanchez
Type of hearing Sentencing
Before the honorable: 2512-Faber
Court Reporter Lisa Cook                                                     Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Erik Goes

Attorney(s) for the Defendant(s) Wesley Page

Law Clerk Allison Skinner                                                    Probation Officer Matthew Lambert

## Trial Time

## Non-Trial Time

## Court Time

12:36 pm   to 12:47 pm
Total Court Time: 0 Hours 11 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Ana Lahr Spanish Interpreter
Scheduled Start: 12:30 p.m.
Actual Start: 12:36 p.m.
Court adopts findings in PSR
Court addresses objections.
Court accepts plea agreement.
Base Offense Level: 8
Total Offense Level: 6
Criminal History: II
Custody Range: 1 - 7 months
Supervised Release Range: 1 year
Fine Range: $1,000 - $9,500
Assessment: $100
Probation: 1 - 5 years
Counsel for the defendant, the defendant, and the Assistant United States attorney given an opportunity to speak.
Sentence imposed as follows:
Custody: Time Served
Assessment: $100
Defendant advised of his right to appeal.
Defendant remanded.
Court adjourned at 12:47 p.m.